UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE
JUDGE EDWARD S. KIEL

DATE OF PROCEEDINGS
AUGUST 18, 2026

COURT REPORTER: Ann Marie Mitchell
OTHER: Mattew Hullick, U.S. Probation Supervisor.

Docket # 19-cr-00191-ESK

TITLE OF CASE:
UNITED STATES OF AMERICA
v.

WILLIAM HICKMAN,
DEFENDANT.

APPEARANCES:
R. David Walk, Jr. and Sara A. Aliabadi, AUSAs for Government.
Charles B. McKenna, Samuel P. Moulthrop, Esqs. for Defendant.
(Defendant present in courtroom)

NATURE OF PROCEEDINGS: SENTENCE ON COUNTS 1 and 28 OF 50 COUNT INDICTMENT

Sentence: imprisonment for a term of 27 months on each of Counts 1 and 28, concurrent.

Supervised Release: a term of 3 years on each of Counts 1 and 28, with special conditions all such terms to run concurrently.

Recommendation: that the Bureau of Prisons designate a minimum-security facility near the defendant's home address specifically FCI Fairton.

Restitution: $51,718,951.85
Total Special Assessment: $200.00

Government moved to dismiss Counts 2-27, 29-36, 39-48 of the Indictment;
Ordered counts Dismissed.
Defendant and counsel advised of right to appeal.
Ordered defendant shall self-surrender to the institution designated by, and on the date set by, the Bureau of Prisons
Judgment Order to be entered.

Time Commenced: 11:00 a.m.
Time Adjourned: 12:35 p.m.
Total Time: 1 hr., 35 min.

*/s/ GN*
DEPUTY CLERK